**Electronically Filed**
**Supreme Court**
**SCOT-13-0002832**
**27-AUG-2013**
**02:07 PM**

SCOT-13-0002832

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE MATTER OF EDWARD S. CANAS and JAMAICA TIARE GRIFFEY,
Petitioners.

---

ORIGINAL PROCEEDING

<u>ORDER</u>

(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon review of the document entitled "Praecipe For And Notice Of And Attachment Of The Within In Toto Binder & Retainer of Juris Bond(s) here installed upon:", which was filed on August 13, 2013, as a complaint in the supreme court, by Edward S. Canas and Jamaica Tiare Griffey, it appears that we lack jurisdiction to consider the complaint. <u>See</u> HRS § 602-5 (Supp. 2012). Therefore,

IT IS HEREBY ORDERED that the complaint is dismissed.

DATED: Honolulu, Hawai'i, August 27, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

